# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MALICIOUS WOMEN CANDLE
COMPANY, LLC,

    Plaintiff,

v.                                         Case No. 6:20-cv-2013-RBD-DCI

RYNN CARTER COX,

    Defendant.
_____

## ORDER

In this trademark dispute, the Court recently granted summary judgment in favor of Plaintiff on liability and referred the matter of damages to Magistrate Judge Daniel C. Irick. (Docs. 95, 100.) After a hearing, Judge Irick recommends awarding Plaintiff $814,053.12 for Counts 1 through 119 but no damages on Count 120. (Doc. 112; Doc. 116 ("R&R").) Neither party objected, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 116) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. The Clerk is **DIRECTED** to enter judgment on Counts 1-119 in favor

of Plaintiff and against Defendant in the amount of $814,053.12.

3. The Clerk is **DIRECTED** to enter judgment on Count 120 in favor of Plaintiff and against Defendant on liability but no damages are awarded.

4. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 24, 2023.

ROY B. DALTON JR.
United States District Judge